877 F.2d 56
 Martin (James L.)
v.
Supreme Court of Pennsylvania, Nix (Robert N.C., Jr., Hon.),
Flaherty (John P., Jr., Hon.), Hutchinson (William D.,
Hon.), Larson (Rolf, Hon.), McDermott (James T., Hon.),
Papadakos (Nicholas P., Hon.), Zappalla (Stephen A., Hon.),
Pa. Bd. of Law Examiners, Johnson (Justin M.), English (John
W.), Minisi (Anthony S.), Rosenn (Harold)
 NO. 89-1088
 United States Court of Appeals,
Third Circuit.
 MAY 25, 1989
 
 Appeal From: E.D.Pa.,
 Huyett, J.
 
 
 1
 AFFIRMED.